ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| ProActive Technologies, LLC | ) | ASBCA No. 59325 |
| | ) | |
| Under Contract No. FA8223-12-C-0001 | ) | |

APPEARANCES FOR THE APPELLANT:

Alfred M. Wurglitz, Esq.
Stephen P. Ramaley, Esq.
 Miles & Stockbridge P.C.
 Rockville, MD

APPEARANCES FOR THE GOVERNMENT:

Lt Col James H. Kennedy III, USAF
 Air Force Chief Trial Attorney
Behn M. Ayala, Esq.
 Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $640,000. If not paid by 19 February 2015, interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 20 February 2015 until the date of payment.

Dated: 21 November 2014

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59325, Appeal of ProActive Technologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
